JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL SOTELO MURILLO and MANUEL RENTERIA,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEBRIDGE FINANCIAL SERVICES, INC.<br><br>Defendant. | CV 19-1328 PA (JEMx)<br><br>JUDGMENT |

Pursuant to the Court's July 8, 2019 Minute Order granting the Motion to Dismiss filed by defendant Homebridge Financial Services, Inc. ("Defendant"), which dismissed the claims asserted by plaintiffs Manuel Sotelo Murillo and Manuel Renteria ("Plaintiffs") without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are dismissed with prejudice.

//

//

1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: July 8, 2019

Percy Anderson
UNITED STATES DISTRICT JUDGE